## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. AND BORUSAN MANNESMANN PIPE U.S. INC.,<br><br>           Plaintiffs,<br><br>      v.<br><br>UNITED STATES,<br><br>           Defendant. | Court No. 22-00057 |

## COMPLAINT

Plaintiffs, Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. ("BMB") and Borusan Mannesmann Pipe U.S. Inc. ("BMP") (collectively, "Borusan" or "Plaintiffs"), by and through their counsel, hereby allege and state as follows:

## SUMMARY AND NATURE OF THIS ACTION

1. Plaintiff BMB is a Turkish producer and exporter to the United States of circular welded carbon steel pipes and tubes ("standard pipe"). Plaintiff BMP is the U.S. affiliate of BMB, which imported subject merchandise produced by BMB during the period of review ("POR"). Plaintiffs contest two aspects of the U.S. Department of Commerce ("Commerce") *Final Results* for the May 1, 2019 – April 30, 2020 antidumping duty administrative review of the antidumping duty order on standard pipe from Turkey.

2. Commerce unlawfully treated section 232 duties as ordinary customs duties and deducted them from BMB's export price and constructed export price. The legislative history of section 232 as well as the record evidence in this case demonstrate that section 232 duties are not "United States import duties" within the meaning of the antidumping statute.

1

## JURISDICTION

3.     Plaintiffs bring this action pursuant to Sections 516A(a)(2)(A)(i)(I) and 516A(a)(2)(B)(iii) of the Tariff Act of 1930, *as amended* ("the Act"), 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii). This action is an appeal of Commerce's *Final Results* in the May 1, 2019 – April 30, 2020 administrative review of the antidumping duty order on standard pipe from Turkey. *Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 87 Fed. Reg. 8,785 (Dep't Commerce Feb. 16, 2022) ("*Final Results*"), and accompanying Issues and Decision Memorandum for the Final Results of the Antidumping Duty Administrative Review: Circular Welded Carbon Steel Standard Pipe and Tube from Turkey; 2019-2020 (Feb. 9, 2022) ("*Final Results* IDM").

4.     This Court has jurisdiction by reason of 28 U.S.C. § 1581(c).

## STANDING

5.     Plaintiff, BMB, is a producer and exporter of standard pipe from Turkey.

6.     Plaintiff, BMP, is an importer of standard pipe from Turkey through which BMB made sales during the period of review.

7.     Plaintiffs were parties to the May 1, 2019 – April 30, 2020 administrative review conducted by Commerce and participated in the administrative review by supplying questionnaire responses and by filing case and rebuttal briefs. Therefore, Plaintiffs are interested parties pursuant to 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A). As interested parties that actively participated in the proceeding below, Plaintiffs have standing to commence this action under 19 U.S.C. § 1516a(a)(2)(A), 19 U.S.C. § 1516a(d), 28 U.S.C. § 2631(c), and 28 U.S.C. § 1581(c).

## TIMELINESS OF THIS ACTION

8. On February 16, 2022, Commerce published in the *Federal Register* the challenged *Final Results*. *Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 87 Fed. Reg. 8,785 (Dep't Commerce Feb. 16, 2022). Plaintiffs filed a summons initiating this appeal on February 25, 2022 pursuant to Sections 516A(a)(2)(A)(i)(I) and 516A(a)(2)(B)(iii) of the Act, 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(iii), which was within thirty (30) days of publication of the *Final Results* in the *Federal Register*. This action was therefore timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I), 28 U.S.C. § 2636(c), and U.S. Court of International Trade Rule 3. This complaint is being filed on February 25, 2022, which is within 30 days of the filing of the summons and is thus timely filed under Court of International Trade Rule 3(a)(2).

## STATEMENT OF FACTS

9. On July 10, 2020, Commerce initiated the May 1, 2019 – April 30, 2020 administrative review of the antidumping duty order on standard pipe from Turkey. *Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 85 Fed. Reg. 41,540 (Dep't Commerce July 10, 2020). Commerce's period of review for this administrative review is May 1, 2019 – April 30, 2020.

10. On September 22, 2020, Commerce selected BMB as the sole mandatory respondent to be individually investigated. *See* Memorandum to Abdelali Elouaradia, Director, Office IV, AD/CVD Operations, from Magd Zalok and Kristen Ju, Analysts, Office IV, AD/CVD Operations, "Administrative Review of the Antidumping Duty Order on Welded Carbon Steel Standard Pipe and Tube Products from Turkey: Respondent Selection," (Sept. 22,

2020).

11.     In its initial questionnaire response, Plaintiffs responded to Commerce's Appendix V containing questions regarding section 232 duties and provided Commerce with the section 232 duties paid on the export price and constructed export price sales that entered during the period of review.  Letter to Sec'y Commerce from Morris, Manning & Martin LLP, "Circular Welded Carbon Steel Pipes and Tubes from Turkey, Case No. A-489-501:  Response to Sections B-D of the Initial Questionnaire," (Nov. 25, 2020) ("Borusan Initial Section C QR") at C-66 to C-69 and Exhibit C-1.

12.     As part of its initial section C questionnaire response, Borusan placed on the record a submission it previously submitted in the 2017-2018 antidumping administrative review, including statements from the President of the United States and the Secretary of Commerce, and the classification of section 232 duties in the Harmonized Tariff Schedule ("HTS") demonstrating that these section 232 duties are "special duties" as opposed to ordinary customs duties.  Borusan argued that the section 232 duties it paid should not be deducted from export price and constructed export price.  Borusan Initial Section C QR at C-67 and Exhibit C-28.

13.     On August 17, 2021, Commerce published the *Preliminary Results* in the *Federal Register*.  *Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Preliminary Results of Antidumping Duty Administrative Review and Preliminary Determination of No Shipments; 2019-2020*, 86 Fed. Reg. 45,957 (Dep't Commerce Aug. 17, 2021) ("*Preliminary Results*") and accompanying Decision Memorandum (July 30, 2021) ("*Preliminary Results* Decision Memorandum").

14.     In the *Preliminary Results*, Commerce calculated a 26.22 percent estimated

weighted-average dumping margin for Borusan. Commerce treated the section 232 duties paid by Borusan as ordinary customs duties and deducted them from the export price and constructed export price.

15. On September 30, 2021, Borusan submitted its case brief and argued that Commerce should not deduct section 232 duties paid by Borusan from the export price and constructed export price because section 232 duties are "special duties" imposed pursuant to a specific congressional delegation of tariff making authority to the executive branch and that they are not U.S. import duties within the meaning of the antidumping statute as demonstrated by record evidence and legislative history. *See* Letter to Sec'y Commerce from Morris, Manning & Martin LLP, "Circular Welded Carbon Steel Pipes and Tubes from Turkey, Case No. A-489-501: Case Brief," (Sept. 30, 2021) at 18-33.

16. On October 12, 2021, Wheatland Tube ("Wheatland" or "Petitioner") submitted a rebuttal brief and argued that Commerce should continue to deduct section 232 duties from export price and constructed export price. Letter to Sec'y Commerce from Schagrin Associates, "Welded Carbon Steel Standard Pipe and Tube Products from Turkey: Rebuttal Brief," (Oct. 12, 2021). Nucor Tubular Products Inc. also filed a rebuttal brief adopting and incorporating by reference those arguments set forth in Wheatland's rebuttal brief. Letter to Sec'y Commerce from Wiley Rein LLP, "Circular Welded Carbon Steel Standard Pipe and Tube Products from Turkey: Rebuttal Brief," (Oct. 12, 2021).

17. On February 16, 2022, Commerce published its *Final Results*. Commerce made changes to the *Preliminary Results* by removing the PMS adjustment from the *Preliminary Results* and calculated a 5.80 percent weighted-average dumping margin for Borusan. Commerce continued to treat section 232 duties paid by Borusan as ordinary customs duties and

deduct them from export price and constructed export price. *See Final Results*; *Final Results* IDM. As a result, this deduction of section 232 duties accounts for nearly all of the margin found, so that if they are not deducted, the margin is near *de minimis*.

18. This appeal followed.

## STATEMENT OF CLAIMS

### Count One

19. Paragraphs 1 to 18 are incorporated by reference.

20. Commerce's determination to treat section 232 duties as ordinary customs duties and deduct them from Borusan's export price and constructed export price is unsupported by substantial evidence and is otherwise not in accordance with law.

## **DEMAND FOR JUDGMENT AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court:

    a.    Hold Commerce's *Final Results* in the May 1, 2019 – April 30, 2020 administrative review of the antidumping duty order on standard pipe from Turkey unsupported by substantial evidence and otherwise not in accordance with law and reverse the factual findings and legal conclusions contained therein;

    b.    Remand this case to Commerce for a re-determination consistent with the judgment and findings of this Court; and

    c.    Grant such other relief as the Court shall deem just and proper.

Respectfully submitted,

/s/ Julie C. Mendoza
Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Edward J. Thomas III
Jordan L. Fleischer
Nicholas C. Duffey

MORRIS MANNING & MARTIN LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005

*Counsel to Plaintiffs Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. and Borusan Mannesmann Pipe U.S. Inc.*

Dated: February 25, 2022