Slip Op. 23-77

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC.,**<br><br>         Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>         Defendant,<br><br>**WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC.,**<br><br>         Defendant-Intervenors. | Before: Jane A. Restani, Judge<br><br>Court No. 22-00057 |

## JUDGMENT

The complaint filed in this matter challenging the final determination of the United States Department of Commerce regarding <u>Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020</u>, 87 Fed. Reg. 8,785 (Dep't Commerce Feb. 16, 2022) ("<u>Final Determination</u>") raises an issue that has been resolved in favor of the Department in <u>Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States</u>, 63 F.4th 25 (Fed. Cir. 2023). The parties have advised that, there being no other issues to adjudicate, judgment should be entered in agreement with that decision. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the <u>Final Determination</u> by Commerce is **SUSTAINED**.

         /s/ Jane A. Restani
         Jane A. Restani, Judge

Dated: <u>May 17, 2023</u>
         New York, New York